JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
LAURA A. COX (State Bar No. 296147)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF CONCORD, OFFICER O'BRIEN, OFFICER
DONNELLY, OFFICER GOLVINEAUX, SERGEANT
ELSBERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANY JEAN HELMANTOLER, T.H., K.H., and M.H., minors, through their guardian ad litem ALANY JEAN HELMANTOLER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CONCORD, OFFICER O'BRIEN, OFFICER DONNELLY, OFFICER GOLVINEAUX, SERGEANT ELSBERRY, and DOES 1-10,<br><br>Defendants. | Case No. CV 14-02855 VC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT DEADLINES<br><br>Trial Judge:   Hon. Vince Chhabria<br><br>Trial Date:    June 29, 2015<br><br>Action Filed:  June 20, 2014 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS this civil rights action is currently pending in the above entitled Court and has case management deadlines as set forth in the Court's Minute Entry of September 24, 2014 (ECF Doc. 24), dates set at the Case Management Conference of September 23, 2014.

WHEREAS the parties performed some key discovery prior to mediation and then recently attended mediation on January 15, 2015, which was not successful. Other discovery now needs to be completed and there is insufficient time for the parties to do so prior to the current

deadline of February 13, 2015, for expert disclosure and March 6, 2015, for the fact discovery cut-off. In addition, the parties want to move back expert disclosure and expert discovery deadlines in this case.

WHEREAS the parties have met and conferred and have agreed to the following modifications to the current deadlines in this case as follows:

| Description | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosure | February 13, 2015 | March 6, 2015 |
| Rebuttal Expert Disclosure | February 23, 2015 | March 16, 2015 |
| Fact Discovery Cut Off | March 6, 2015 | March 20, 2015 |
| Expert Discovery Cut Off | March 20, 2015 | April 24, 2015 |

WHEREAS none of these new proposed dates will modify the deadline to file dispositive motions (April 2, 2015), the Final Pretrial Conference (June 16, 2015) or the Trial Date (June 29, 2015) set in this matter.

WHEREAS good cause exists to reset these case management deadlines per the parties' agreement.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

/ / /

Dated: January 27, 2015        LAW OFFICES OF JOHN F. MARTIN

                               By:   /s/ Marta R. Vanegas
                                     John F. Martin
                                     Marta R. Vanegas
                                     Attorneys for Plaintiffs
                                     ALANY JEAN HELMANTOLER, T.H., K.H., and
                                     M.H., minors, through their guardian ad litem ALANY
                                     JEAN HELMANTOLER

Dated: January 27, 2015        MCNAMARA, NEY, BEATTY, SLATTERY,
                               BORGES & AMBACHER LLP

                               By:   /s/ Noah G. Blechman
                                     James V. Fitzgerald, III
                                     Noah G. Blechman
                                     Laura A. Cox
                                     Attorneys for Defendants
                                     CITY OF CONCORD, OFFICER O'BRIEN, OFFICER
                                     DONNELLY, OFFICER GOLVINEAUX,
                                     SERGEANT ELSBERRY

## ORDER

PURSUANT TO STIPULATION, THE PARTIES NEW PROPOSED DEADLINES ARE AS FOLLOWS:

| Description | New Deadline |
| --- | --- |
| Expert Disclosure | March 6, 2015 |
| Rebuttal Expert Disclosure | March 16, 2015 |
| Fact Discovery Cut Off | March 20, 2015 |
| Expert Discovery Cut Off | April 24, 2015 |

**ALL OTHER RELEVANT DEADLINES SHALL REMAIN IN EFFECT.**

**IT IS SO ORDERED**

Dated: February 2, 2015

By: _____
    Hon. Vince Chhabria
    U.S. District Court Judge