UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALANY JEAN HELMANTOLER et al.,

    Plaintiffs,

  v.

CITY OF CONCORD et al.,

    Defendants.

Case No. 14-cv-02855-HSG

**ORDER**

In light of the Court's June 9, 2015 Order granting in part and denying in part Defendants' motion for summary judgment, the parties are ordered to jointly submit a one-page filing making clear what federal claims remain in this matter, and specifying which Plaintiffs and which Defendants are at issue for each remaining claim (both federal and state). The parties shall submit this filing by Friday, June 12.

**IT IS SO ORDERED.**

Dated: 6/10/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge