UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANY JEAN HELMANTOLER, et al., <br> Plaintiffs, <br> v. <br> CITY OF CONCORD, et al., <br> Defendants. | Case No.  14-cv-02855-HSG <br><br> ORDER |

Having reviewed the parties' Joint Statement of Remaining Claims (Dkt. No. 50), the Court advises that it will not continue or vacate the currently-scheduled June 29, 2015 trial date, or certify any issue for immediate appeal.  The Court's order granting in part and denying in part Defendants' motion for summary judgment may not be appealed on an interlocutory basis. *Branson v. City of Los Angeles,* 912 F.2d 334, 335 (9th Cir. 1990) (order dismissing § 1983 claim on immunity grounds may be fully and effectively reviewed after final judgment and accordingly does not fall under the collateral order doctrine); *see also Baird v. Palmer*, 114 F.3d 39, 43 (4th Cir. 1997) (holding that "the collateral order doctrine does not confer appellate jurisdiction over an order dismissing claims against a defendant on the basis of qualified immunity, where other claims remain pending in the district court") (collecting cases).  The parties should come to the June 16, 2015 pretrial conference prepared to discuss all remaining trial issues.

**IT IS SO ORDERED.**

Dated: 6/15/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge