JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
ELIZABETH M. DOOLEY (State Bar No. 289510)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF CONCORD, OFFICER O'BRIEN, OFFICER
DONNELLY, OFFICER GOLVINEAUX, SERGEANT
ELSBERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANY JEAN HELMANTOLER, T.H., K.H., and M.H., minors, through their guardian ad litem ALANY JEAN HELMANTOLER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CONCORD, OFFICER O'BRIEN, OFFICER DONNELLY, OFFICER GOLVINEAUX, SERGEANT ELSBERRY, and DOES 1-10,<br><br>Defendants. | Case No. C14-02855 HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS *MONELL* CLAIM(S) WITH PREJUDICE IN LIGHT OF JURY VERDICT**<br><br>Dept: Courtroom 15-18th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

In light of the Jury Verdict on July 7, 2015, in favor of the Defendant Officers, for the jury trial in the above entitled matter before the Hon. Haywood S. Gilliam Jr., Plaintiffs, ALANY HELMANTOLER, T.H., K.H., and M.H., and Defendants, CITY OF CONCORD, OFFICER O'BRIEN, OFFICER DONNELLY, OFFICER GOLVINEAUX and SERGEANT ELSBERRY, through their respective attorneys, hereby agree and stipulate that Plaintiffs' bifurcated *Monell* liability claim(s) are now moot and are hereby dismissed, with prejudice.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

STIPULATION AND ORDER TO DISMISS *MONELL*
CLAIM(S) IN LIGHT OF JURY VERDICT
Case No. C-14-02855 HSG

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 9, 2015       LAW OFFICES OF JOHN F. MARTIN

By: /s/ Marta R. Vanegas
John F. Martin
Marta R. Vanegas
Attorneys for Plaintiffs
ALANY JEAN HELMANTOLER, T.H., K.H., and M.H., minors, through their guardian ad litem ALANY JEAN HELMANTOLER

Dated: July 9, 2015       MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Noah G. Blechman
James V. Fitzgerald, III
Noah G. Blechman
Elizabeth M. Dooley
Attorneys for Defendants
CITY OF CONCORD, OFFICER O'BRIEN, OFFICER DONNELLY, OFFICER GOLVINEAUX, SERGEANT ELSBERRY

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: July 13, 2015       By: /s/ Haywood S. Gilliam Jr.
Hon. Haywood Gillian
U.S. District Court Judge

STIPULATION AND ORDER TO DISMISS *MONELL* CLAIM(S) IN LIGHT OF JURY VERDICT
Case No. C-14-02855 HSG

2