UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALANY JEAN HELMANTOLER, et al.,

    Plaintiffs,

v.

CITY OF CONCORD, et al.,

    Defendants.

Case No. 14-cv-02855-HSG

**JUDGMENT**

In accordance with the order on summary judgment entered in this case on June 6, 2015, the parties' stipulated order of dismissal entered on July 13, 2015, and the jury's verdict in this matter, as rendered on July 7, 2015, and as memorialized in the Verdict Form,

IT IS HEREBY ORDERED THAT final judgment in this matter is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: July 13, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge